IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, and STATE OF NEBRASKA,<br>  Plaintiffs,<br><br>vs.<br><br>HENNINGSEN FOODS, INC.,<br>  Defendant. | 8:20-CV-269<br><br>**MEMORANDUM AND ORDER** |

This matter is before the Court on the United States of America's Unopposed Motion to Enter Consent Decree (Filing 4). The United States and State of Nebraska ask the Court to adopt, sign, and enter the parties' stipulated Consent Decree (Filing 2-1) and related appendices (Filing 2-2; Filing 2-3; Filing 2-4).

"Consent decrees should: spring from—and serve to resolve—a dispute within the court's subject-matter jurisdiction; come within the general scope of the case from the pleadings; and, further the objectives of the law on which the complaint was based." *E.E.O.C. v. Prod. Fabricators, Inc.*, 666 F.3d 1170, 1172 (8th Cir. 2012) (citing *Local No. 93, Int'l Ass'n of Firefighters, AFL-CIO C.L.C. v. City of Cleveland*, 478 U.S. 501, 525, 106 S. Ct. 3063, 92 L. Ed. 2d 405 (1986)). "When reviewing a proposed consent decree, the trial court is to review the settlement for fairness, reasonableness, and adequacy." *Id.* (quoting *United States v. Metro. St. Louis Sewer Dist. (MSD)*, 952 F.2d 1040, 1044 (8th Cir. 1992)).

Here, the Court has reviewed the proposed Consent Decree (Filing 2-1), along with the related appendices (Filing 2-2; Filing 2-3; Filing 2-4), and finds the Consent Decree to be fair, reasonable, and adequate in its resolution of the allegations raised in the Complaint (Filing 1) and its protection of federal interests. Thus,

IT IS ORDERED:

1. Plaintiff United States of America's Unopposed Motion to Enter Consent Decree (Filing 4) is granted;

2. The Consent Decree, constituting a final judgment for the purposes of Fed. R. Civ. P. 54 and 58, will be separately entered on this date; and

3. The Clerk of the Court shall terminate this case for statistical purposes.

Dated this 19th day of August, 2020.

                BY THE COURT:

                _____
                Brian C. Buescher
                United States District Judge