IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, and THE STATE OF NEBRASKA,<br><br>                  Plaintiffs,<br><br>    vs.<br><br>HENNINGSEN FOODS, INC.,<br><br>                  Defendant. | 8:20-CV-269<br><br>ORDER TERMINATING CONSENT DECREE |

      This matter is before the Court on the Parties' Joint Stipulation Terminating the Consent Decree, Filing 9, filed on May 16, 2024. *See also* Filing 8 (the July 7, 2020, Consent Decree). Having fully considered the matter, the Court approves the Joint Stipulation. Accordingly,

    IT IS ORDERED:

    1. The Parties' Joint Stipulation Terminating the Consent Decree, Filing 9, is approved;

    2. The Consent Decree, Filing 9, is terminated.

Dated this 17th day of May, 2024.

BY THE COURT:

_____
Brian C. Buescher
United States District Judge

1